IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

JOSH MOREING,

    Plaintiff,

v.

ARMY,

    Defendant.

Case No. 1:24-cv-00249-CL

**OPINION AND ORDER**

**CLARKE**, Magistrate Judge.

Plaintiff Josh Moreing, self-represented litigant, sought to proceed *in forma pauperis* ("IFP") in this action against Defendant Army. *See* Compl., ECF No. 1. After screening the Complaint in accordance with 28 U.S.C. § 1915(e)(2)(B), the Court dismissed the Complaint on February 7, 2024, finding it failed to state a claim. Order, ECF No. 4. Plaintiff was given leave to file an amended complaint within thirty (30) days while his IFP Application was held in abeyance. More than 30 days have passed since the Court's Order, and Plaintiff has not filed an amended complaint. Therefore, this case is administratively closed for lack of prosecution.

IT IS SO ORDERED and DATED this  8  day of  April , 2024.

_____
MARK D. CLARKE
United States Magistrate Judge

Page 1 – FINDINGS AND RECOMMENDATION